David **WILLIAMS,** Appellant,

v.

**CORRECTIONAL MEDICAL SERVICES; Paul Torrez, CMS Record Administrator; Arthur Culpepper, CMS Ombudsman; Patricia Kelly, Dr.; Connie Hubbard, A.N.P., Varner Super Max, ADC; Kay Brodnax, Infirmary Manager; Laura McCarty, CMS Grievance Responder, Varner Unit, ADC; Larry Norris, Director, Arkansas Department of Correction; Max Mobley, ADC Deputy Director, Appellees.**

No. 06–3585.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 17, 2007.

Filed: Aug. 28, 2007.

David Williams, Brickeys, AR, pro se.

Kimberly Ann Witherspoon, Humphries & Lewis, White Hall, AR, Christine Ann Boozer, Attorney General's Office, Little Rock, AR, for Appellees.

Before BYE, RILEY, and MELLOY, Circuit Judges.

**PER CURIAM.**

Inmate David Williams appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we find no basis for overturning the district court's well-reasoned opinion. *See Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Williams's motion to supplement the record.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.